FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE
CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION
UNDER 28 U.S.C. § 1343

U.S. DISTRICT COURT
DISTRICT OF MAINE
2025 JUL -3 P 2: 13
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

Isaiah Butler                                )
[Enter above the full name of                )
the plaintiff in this action]                )
                                             )
                                             )
v.                                           )   Docket no.
                                             )
Corey Goodchild (LT)                         )
Bryan Slaney (Capt)                          )
Sgt. Lachance, et al.,                       )
[Enter above the full name of                )
the defendant(s) in this action]             )

I.   Previous Lawsuits

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes [✓]   No [ ]

   B.   If your answer to "A" is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline]

      1. Parties to this previous lawsuit

         Plaintiff(s)   Isaiah Butler

         Defendant(s)   Darrell Bryant, Corey Goodchild, Bryan Slaney

      2. Court [If federal court, name the district; if state court, name the county]
         U.S.D.C. District of Maine

      3. Docket number   1:25-CV-00213-LEW

      4. Name of judge whom case was assigned   John C. Nivison

5. Outcome [for example: It is still pending? Was it dismissed? Was it appealed] Still Currently Pending.

6. Approximate date of filing lawsuit 4/30/25

7. Approximate date of outcome To be determined

II. Place of present confinement Kennebec County

    A. Is there a prisoner grievance procedure in this institution?
       Yes [ ✓ ]    No [ ]

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes [ ✓ ]    No [ ]

    C. If your answer is "Yes"

        1. What steps did you take? I used the Process normally as intended.

        2. What was the result? The electronic Grievance Process was manipulated negating my right to properly grieve and appeal. "Dead-end"

III. Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A. Name of Plaintiff Isaiah Butler

Address 101 Glenridge Drive Apt #6

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, positions, and places of employment of any additional defendants.]

B. Name of Defendant Corey Goodchild

Position Assistant Administrator

Address 115 State Street

C. Additional Defendant(s) Sgt. Lachance, Capt. Slaney

C.O St. Pierre, C.O Bradford, C.O Thayer, C.O Baker, C.O Perry, C.O Austin, SSGT. ST. Pierre

IV.     **Statement of Claim**

[State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]

I finished eating my lunch tray and was waiting for C.O St. Pierce to retrieve them after he acknowledged he would. He tried leaving the trays in my Pod so I slid them off the trashcan onto the floor. After me and another inmate explained his negligence I was placed in segregation and re-housed. upon grievances, after recreation I found I was no longer eligable for an appeal. Sgt Lachance is head of tech.

V.    Relief

[State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.]

I would like an injunction made for the Grievance Process in the Jail. I also would like 75,000 $ from each of the defendants, none of them stated no assualt on any officer was made and I was segregated with no real notary as to why, my housing was manipulated, as well as my due process rights being manipulated along with my right to Grieve.

Isaiah Butler
Signature of Plaintiff

Signed this 9th day of June, 2025

I declare under penalty of perjury that the foregoing is true and correct.

6/9/2025
Date

Isaiah Butler
Signature of Plaintiff