UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ISAIAH BUTLER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 1:25-cv-00346-JAW |
| | ) |
| COREY GOODCHILD et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on October 3, 2025 his Recommended Decision (ECF No. 8). The Plaintiff filed his objection to the Recommended Decision on October 10, 2025 (ECF No. 9). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

Accordingly, it is hereby ORDERED that the Magistrate Judge's Recommended Decision (ECF No. 8) is AFFIRMED. It is further ORDERED that the Plaintiff's Objection to the Recommended Decision is OVERRULED and the Plaintiff's Complaint (ECF No. 1) is DISMISSED without prejudice.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 14th day of October, 2025